FILED by **TB** D.C.

Aug 30, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**16-20656-CR-MORENO/O'SULLIVAN**

CASE NO._____

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

**WINSTON WILLIAMS and
RENALDO SIMMONS,**

        **Defendants.**
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Possess with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 846)**

Beginning at least as early as on or about August 11, 2016, and continuing through on or about August 17, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**WINSTON WILLIAMS and
RENALDO SIMMONS,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substances involved in the conspiracy attributable to **WINSTON WILLIAMS and RENALDO SIMMONS** as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is over 100 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vii).

## COUNT 2
**Possession with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about August 17, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**WINSTON WILLIAMS and**
**RENALDO SIMMONS,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(vii), it is further alleged that this violation involved over 100 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **WINSTON WILLIAMS and RENALDO SIMMONS** have an interest.

2. Upon conviction of a violation of Title 21, United States Code, Sections 841 or 846, as alleged in this Indictment, each defendant shall forfeit any property constituting, or derived

from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a)(1)-(2).

All pursuant to Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461.

A TRUE ~~

FOREPERSN

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
FRANKLIN G. MONSOUR, JR.
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

WINSTON WILLIAMS and
RENALDO SIMMONS,

                    Defendant.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

  _X_ Miami    ___ Key West
  ___ FTL    ___ WPB    ___ FTP

New Defendant(s)    Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect    ___

4. This case will take    2-3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                 (Check only one)

   I    0 to 5 days    x        Petty    ___
   II    6 to 10 days    ___      Minor    ___
   III    11 to 20 days    ___     Misdem.    ___
   IV    21 to 60 days    ___     Felony    x
   V    61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    No
   If yes:
   Magistrate Case No.    16-mj-03123-JG
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    8/17/16
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? Yes ___ No _x_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? Yes ___ No _x_

                                         _____
                                         FRANKLIN MONSOUR
                                         ASSISTANT UNITED STATE ATTORNEY
                                         Florida Bar No. A5501761

*Penalty Sheet(s) attached                                                                REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   WINSTON WILLIAMS

**Case No:**

Count #:1

Conspiracy to possess with intent to distribute over 100 kilograms of marijuana

Title 18, United States Code, Sections 846 and 841(b)(1)(B)(vii)

**\*Max. Penalty:** 40 Years' Imprisonment

Count #: 2

Possession with intent to distribute over 100 kilograms of marijuana

Title 18, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii)

**\*Max. Penalty:** 40 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** RENALDO SIMMONS

**Case No:**

Count #:1

Conspiracy to possess with intent to distribute over 100 kilograms of marijuana

Title 18, United States Code, Sections 846 and 841(b)(1)(B)(vii)

**\*Max. Penalty:** 40 Years' Imprisonment

Count #: 2

Possession with intent to distribute over 100 kilograms of marijuana

Title 18, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii)

**\*Max. Penalty:** 40 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution special assessments, parole terms, or forfeitures that may be applicable.**